UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEBORAH WALTON, | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
|    *vs*. | ) | 1:11-cv-00417-JMS-MJD |
| | ) | |
| CHASE HOME FINANCE LLC, | ) | |
|    *Defendant*. | ) | |

## ORDER

On December 18, 2012, the Court granted in part and denied in part Plaintiff Deborah Walton's Motion for Partial Summary Judgment. [Dkt. 168.] In its Order, the Court denied Ms. Walton's request for summary judgment on Count VIII, "For An Accounting Pursuant To The RESPA," stating that Ms. Walton had not set forth any provision in RESPA which would require Defendant Chase Home Finance LLC ("Chase") to provide an "accounting" and, indeed, there is none. [*Id.* at 9, n.4 (citing *Aniel v. Litton Loan Servicing, LP*, 2011 U.S. Dist. LEXIS 18870, *5 (N.D. Cal. 2011) ("there is no statutory basis for an accounting under RESPA") (citation omitted)).] Further, the Court ordered Ms. Walton to show cause by December 28, 2012 why the Court should not grant summary judgment in favor of Chase on that claim pursuant to Fed. R. Civ. P. 56(f). [Dkt. 168 at 25.]

To date, Ms. Walton has not responded to the Court's Order to Show Cause. Accordingly, pursuant to Fed. R. Civ. P. 56(f), the Court **GRANTS** summary judgment in favor of Chase on Ms. Walton's RESPA accounting claim, Count VIII.

01/15/2013

                                                    Hon. Jane Magnus-Stinson, Judge
                                                    United States District Court
                                                    Southern District of Indiana

- 2 -

**Distribution via ECF only:**

Ryan R. Frasher
RYAN FRASHER P.C.
rfrasher@frasherlaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Oni N. Harton
BOSE MCKINNEY & EVANS, LLP
oharton@boselaw.com

David J. Jurkiewicz
BOSE MCKINNEY & EVANS, LLP
djurkiewicz@boselaw.com

David Michael Kasell
SADIS & GOLDBERG LLP
dkasell@sglawyers.com

Samuel Jay Lieberman
SADIS & GOLDBERG LLP
slieberman@sglawyers.com

Theodore J. Nowacki
BOSE MCKINNEY & EVANS, LLP
tnowacki@boselaw.com

Alan S. Townsend
BOSE MCKINNEY & EVANS, LLP
atownsend@boselaw.com